DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
18 DECEMBER 2013

| 475P13 | Bernard Mancuso Jr. and wife, Frances W. Mancuso, Christopher L. Burris and wife, Linda Burris, and Mancuso Development, Inc. v. Burton Farm Development Company LLC and Boddie-Noell Enterprises, Inc. | Plt's PDR Under N.C.G.S. § 7A-31 (COA13-38) | Denied |
|---|---|---|---|
| 476P13 | State v. Derran Maurice McClain | Def's PDR Under N.C.G.S. § 7A-31 (COA13-371) | Denied |
| 477P13 | Muse Moore James, Individually, as Executrix of the Estate of Walton Burton James, Sr., and as Co-trustee of the Trust of Walton Burton James, Sr.; and Walton Burton James, Jr., Individually and on Behalf of Unknown and Unborn Issue of Muse Moore James v. Sue Ann Schoonderwoerd; Patrick James Henderson, Individually and as Co-trustee of Walton Burton James, Jr.; and Michael Hampton Henderson | Plts' PDR Under N.C.G.S. § 7A-31 (COA12-1457) | Denied |
| 478A13 | State v. Benjamin Scott Marlow | 1. Def's NOA Based Upon a Constitutional Question (COA13-18)<br><br>2. State's Motion to Dismiss Appeal | 1. ---<br><br>2. Allowed |
| 479P13 | State v. Tyrone Alsbrooks | 1. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 (COA13-414)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |